## WILLHELMS *vs.* PARTOINE.

That a promissory note concludes with the words, "witness our hand and seal," does not alone make the note a sealed instrument, without the addition of a seal or scroll. These words call attention to the attestation to be made, but do not supply the place of a seal or the representation thereof after the signature. *Brooks vs. Kisers,* 69 *Ga.,* 762.

Judgment affirmed.

March 18, 1884.

BLANDFORD, Justice.

---

## HOBBS *vs.* LONGSTREET.

1. Where exception is taken to the grant of a non-suit, the evidence should be brought up in the bill of exceptions; it is only where a motion for new trial is made that the evidence can be brought up in the record. Code, §4253.

2. No notice of any motion to dismiss was given, or motion made, but upon the discovery that the evidence was not in the bill of exceptions, but in the record, the court held that it would dismiss the writ of error. (Rep.)

Writ of error dismissed.